IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PAUL ANTHONY LYNCH,** | 2:21-cv-01842 JDP (PC) |
| Plaintiff, | **(PROPOSED) ORDER** |
| v. | |
| **P. J. JONES, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief re-extension of time to file a responsive pleading is granted. The deadline for Defendants to file a responsive pleading is extended to November 28, 2022.

IT IS SO ORDERED.

Dated:   August 23, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE