UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTHONY LYNCH,<br><br>    Plaintiff,<br><br>    v.<br><br>P.J. JONES, *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-01842-KJM-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STAY AND GRANTING PLAINTIFF ADDITIONAL TIME TO FILE OBJECTIONS TO THE FEBRUARY 23, 2023 FINDINGS AND RECOMMENDATIONS<br><br>ECF No. 29 |

Plaintiff has filed a motion to stay this matter until April 23, 2023, for medical reasons. ECF No. 29. Although I am not convinced that a stay is appropriate, I will give plaintiff additional time to file objections to the February 23, 2023 findings and recommendations. If plaintiff believes that the additional time granted in this order is insufficient, plaintiff may file a motion with the court requesting further time. Accordingly, plaintiff's motion to stay the case, ECF No. 29, is denied, but plaintiff may file objections to the February 23rd findings and recommendations by May 19, 2023.

IT IS SO ORDERED.

Dated:    April 4, 2023                                 _____
                                                        JEREMY D. PETERSON

UNITED STATES MAGISTRATE JUDGE